KRA
F. #2024R00650

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SEAN SMITH and
RASHEED CHAPMAN,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

25-CR-58 (CBA) (RML)

    Upon the application of JOHN J. DURHAM, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Kamil R. Ammari, for an order unsealing the above-captioned matter as to the above-captioned defendants.

    WHEREFORE, it is ordered that the above-captioned matter be unsealed as to the above-captioned defendants.

Dated:  Brooklyn, New York
         February 25, 2025

                                   *Lara K. Eshkenazi*
                              HONORABLE LARA K. ESHKENAZI
                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK